*A. S. Humphreys* for plaintiff.

*Cathcart & Milverton* for defendants.

---

No. 73. KAHOPEWAI MIA (w), KALAAUPA (w), SARAH O. JACOBS, EMMA K. KAUPALOLO, SAMUEL KAAIMOKU, AND WILLIAM KAAIMOKU, MILEKA KAAIMOKU, MARY K. KAAIMOKU AND DORA K. KAAIMOKU, MINORS, BY THEIR GUARDIAN EDMUND H. HART, *v.* J. E. KEKIPI. Motion to Dismiss Appeal. Argued June 1, 1909. Decided June 1, 1909. Hartwell, C.J., Wilder and Perry, J.J. The plaintiffs move to dismiss the defendant's appeal for want of prosecution. The appeal was taken November 9, 1908, the appeal bond filed November 17. An affidavit of the circuit court clerk was filed with the motion alleging that no request or order for a transcript had been made. The defendant filed an affidavit of the stenographer that shortly after the case was tried one of the defendant's attorneys asked for an estimate of the cost of the transcript which he informed him would be about $25, that in the latter part of January he sent to the attorney an order to be signed by the presiding judge and the attorney replied that Judge Robinson was the one to sign it and that the stenographer might go to him about it, but to the best of the stenographer's memory did not request him to do so. At the time set for hearing the motion the defendant's attorney filed the transcript. Per curiam. The motion is granted. Under Rule 1 the appeal is dismissed. There are no papers

filed here excepting the transcript which is ordered to be struck from the files. No excuse is presented for the six months' delay in preparing the transcript or filing the other necessary papers.

*E. A. Douthitt* for plaintiffs.

*M. F. Prosser* for defendant.